No. 306. READING v. TRAVELERS INSURANCE Co. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied

*Mr. J. Fred Katzmaier* for petitioner.  *Mr. R. Granville Curry* for respondent.